(Decided February 17th, 1863.)

---

MOHLER, GRAFF & CO., *vs.* HENRY D. LAWRENCE, AND OTHERS.

APPEAL from the Equity Side of the Circuit Court for Baltimore city.

This was an appeal taken by Mohler, Graff & Co., from a portion of the decree from which the appeal was taken in the preceding case by Stickney & Co. For the state of case under which this appeal was taken, and the principle announced by this Court, in its opinion upon the facts there stated, see the preceding case, where they more appropriately appear, the cases having been argued together, and being connected throughout.

The cause was argued before BOWIE, C. J., and BARTOL, GOLDSBOROUGH and COCHRAN, J.

*Wm. Schley* and *E. Wyatt Blanchard,* for the appellant.
*Wm. F. Frick,* for the appellees.

GOLDSBOROUGH, J., delivered the opinion of this Court:

For the reasons expressed by this Court, in the preceding case of *Stickney & Reed vs. Mohler, Graff & Co., et al., ante* 490, that portion of the decree of the Circuit Court by which the note for $825, claimed by the appellants in this case

DECEMBER TERM, 1862. 509

Balt. & Ohio R. R. Co., Garn. of Crowley, et al., vs. Clark.

was disallowed, and from which they appealed, is affirmed with costs to appellees.

*Decree affirmed, with costs to the appellees.*

(Decided February 17th, 1863.)